No. 197. MARSHALL v. UNITED STATES, *ante*, p. 933; and

No. 495. ANHEUSER-BUSCH, INC. v. DU BOIS BREWING CO., *ante*, p. 934. The petitions for rehearing are denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications.

No. 724. SOUTH ET AL. v. PETERS, CHAIRMAN OF THE GEORGIA STATE DEMOCRATIC EXECUTIVE COMMITTEE, ET AL., *ante*, p. 276;

No. 390, Misc. WATSON v. SUDDOTH ET AL., *ante*, p. 935; and

No. 417, Misc. CUBBLER v. NEW JERSEY, *ante*, p. 939. The petitions for rehearing in these cases are severally denied.

MAY 29, 1950.

*Per Curiam Decisions.*

No. 671. UNITED STATES GYPSUM CO. ET AL. v. UNITED STATES. Appeal from the United States District Court for the District of Columbia. *Per Curiam:* The appeal is dismissed. MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Albert R. Connelly, Cranston Spray* and *Hugh Lynch, Jr.* for appellants.